# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. TROY DUANE HEMEN Defendant. | Case No. CR-23-21-H-BMM  **ORDER** |
|---|---|

Counsel for Defendant Troy Hemen has filed a Motion to Reset the Sentencing Hearing. The Government has no objections to the Motion. Therefore,

IT IS ORDERED that the Sentencing Hearing previously scheduled for September 25, 2024, is RESET for October 15, 2024 at 11:00 a.m. at the Paul Hatfield Federal Courthouse, Helena, Montana.

IT IS FURTHER ORDERED that the following deadlines are VACATED and RESET as follows: Sentencing memoranda shall be filed on or before October 8, 2024. Any responses to sentencing memoranda, and notices of witnesses, are due on or before

1

October 11, 2024. The Court's prior scheduling order (Doc. 52) otherwise remains in full force and effect.

DATED this 6th day of September, 2024.

_____
Brian Morris, Chief District Judge
United State District Court